**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01139-CV

**PS ROYAL SERVICES GROUP LP, GP ROYAL, LLC, STEPHEN F. PERKINS, AND S. PERKINS INVESTMENT PROPERTIES, INC., Appellants**

**V.**

**SCOTT FISHER AND KRISTI FISHER, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01665-2014**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 11, 2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/    DAVID L. BRIDGES
         PRESIDING JUSTICE